THE PEOPLE OF THE STATE OF NEW YORK ex rel. SIMMS MAGNETO COMPANY, Respondent, *v.* LAWSON PURDY and Others, as Commissioners of Taxes and Assessments of the City of New York, Appellants.

First Department, October 24, 1919.

See head note in *People ex rel. Federal Terra Cotta Co.* v. *Purdy* (*ante,* p. 131).

APPEAL by the defendants, Lawson Purdy and others, as commissioners, from an order of the Supreme Court, made at the New York Special Term and entered in the office of the clerk of the county of New York on the 20th day of June, 1918, canceling the assessment against the relator herein, and also from a so-called judgment entered in said clerk's office on the 9th day of July, 1918, granting the same relief.

*William H. King* of counsel [*Jesse F. Orton* with him on the brief; *William P. Burr, Corporation Counsel*], for the appellants.

*Curtis A. Peters* of counsel [*Herman Goldman,* attorney], for the respondent.

PHILBIN, J.:

The order should be reversed, the writ of certiorari dismissed and the assessment of commissioners confirmed, with costs to the appellants. (See *People ex rel. Federal Terra Cotta Co.*

v. *Purdy*, 189 App. Div. 131, opinion in which is handed down herewith.)

CLARKE, P. J., DOWLING, PAGE and MERRELL, JJ., concurred.

Order reversed, with ten dollars costs and disbursements, writ dismissed and assessment confirmed, with costs.